1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  PEGGY SASSO, Bar #228906
   First Assistant Defender
3  2300 Tulare Street, Suite 330
   Fresno, California 93721-2226
4  Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:24-CR-00055-JLT-SKO-9 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **APPLICATION AND ORDER APPOINTING COUNSEL** |
| ANTHONY OCHOA, | ) |
| Defendant, | ) |

Defendant Anthony Ochoa, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel. Our office has a conflict.

On March 2024, an Indictment was issued in the above captioned case. Mr. Ochoa had an initial appearance on the allegations in the Central District of California on April 19, 2024, where the court appointed counsel to represent him and ordered him released on conditions. At this time Mr. Ochoa remains in custody pending release to a treatment program. Counsel is needed in advance of Mr. Ochoa's arrival in the Eastern District of California to assist with the arrangements for his initial appearance here.

///

///

Mr. Ochoa submits the Financial Affidavit as evidence of his inability to retain counsel. Therefore, after reviewing his Financial Affidavit it is respectfully recommended that CJA panel counsel Kevin Rooney be promptly appointed *nunc pro tunc* as of April 29, 2024.

DATED: April 29, 2024            */s/ Peggy Sasso*
                                 PEGGY SASSO
                                 First Assistant Defender

## **O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoints CJA panel counsel Kevin Rooney be promptly appointed *nunc pro tunc* as of April 29, 2024, pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:   **April 30, 2024**            /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE