**FILED**

**Jul 09, 2024**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   vs.<br><br>ANTHONY OCHOA,<br><br>   Defendant. | Case No.: 1:24-CR-00055-JLT-SKO<br><br>Defendant Anthony Ochoa' Request And Order For Funds For Travel, Lodging, And Subsistence Pursuant To The Criminal Justice Act 18 U.S.C. §3006A |

Pursuant to 18 U.S.C. § 4285, the Court orders the United States Marshall's office to disburse funds to reimburse Anthony Ochoa for mileage and subsistence for the defendant's travel from his Santa Ana, California residence to Fresno, California, for his Court appearance on July 10, 2024.  Additionally, the United States Marshal shall provide Mr. Ochoa with subsistence expenses for this travel period not to exceed the amount authorized as per diem allowance for travel under 5 U.S.C. § 5702(a).

Pursuant to 18 U.S.C. § 3006A, the Court orders the Federal Defender's Office to disburse Criminal Justice Act (CJA) funds to furnish Anthony Ochoa with the travel expenses, lodging, food, and incidental expenses on July 9 and 10, 2024 in connection with Mr. Ochoa's lodging on the night of July 9, 2024 and his mileage and subsistence expenses in connection with his July 10 Court appearance and return to Southern California. It is further ordered that to the extent practicable, the travel and subsistence expenses shall not exceed the parameters set out in the

attached Travel Funding Memorandum and the per diem allowance for travel under 5 U.S.C. § 5702(a).

It is further ordered that undersigned counsel may advance the travel and subsistence funds to be disbursed from CJA funds and that the Federal Defender is ordered to reimburse counsel. Counsel shall seek any reimbursement from CJA funds promptly once the authorized travel is completed. Counsel shall endeavor to limit the expenses to the parameters set out in the attached Travel Funding Memorandum, however counsel is not personally liable for excess expenses and shall be reimbursed from CJA funds for all expenses reasonably authorized.

IT IS SO ORDERED.

Dated: 7/9/24

B. McAuliffe

Hon. Barbara A. McAuliffe
United States Magistrate Judge

Kevin P. Rooney # 107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 215
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, Anthony Ochoa

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ANTHONY OCHOA,<br><br>　　　　Defendant | Case No.: 1:24 CR 55 JLT/SKO<br><br>DECLARATION OF ATTORNEY KEVIN P. ROONEY IN SUPPORT OF DEFENDANT OCHOA'S REQUEST FOR FUNDS FOR TRAVEL, LODGING, AND SUBSISTENCE |

I, Kevin P. Rooney, declare:

1. I represent defendant Anthony Ochoa in the above-entitled action.

2. I have discussed this matter several times with Mr. Ochoa's PreTrial Services Officer (PTSO) who is based in the Central District of California. I also spoke with Mr. Ochoa today and was surprised to learn that he can communicate in English. Mr. Ochoa cleared from the 'blackout' portion of a substance abuse program very recently and communication with him was not allowed previously.

3. The factual information set forth in the request for funding is true and correct to the best of my knowledge and belief. The PTSO confirmed that she has requested Mr. Ochoa to address his pending Tulare County misdemeanor, authorized his overnight travel, and that Mr. Ochoa does not have a valid driver's license or any source of income.

4. Mr. Ochoa told me that he does not have any income or assets nor does he have a valid driver's license.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct based on my personal knowledge. As to matters not within my personal knowledge, I believe them to be true and correct. Executed this $8^h$ day of July 2024, at Fresno, California.

<u>s/ Kevin Rooney</u>
Attorney Kevin P. Rooney

Attachment: Reasonable Travel Expenses For Criminal Justice Act Reimbursement

To the extent practicable expenses shall be limited as noted below:

Airfare –   Flights must be refundable to allow for scheduling issues. The government will accept the premium charged for fully refundable reservations.  Counsel may coordinate travel through:

>  National Travel Service (NTS)
>
>  707 Virginia Street East, Suite 100
>
>  Charleston, WV 25301
>
>  Phone: (800) 445-0668

Flights may be arranged outside of NTS but the cost should be comparable to NTS charges.

Hotel – as practicable expenses to be within the government per diem rate (As of April 2023 that rate is Sacramento  $145 and Fresno $113)

 Ground transportation  – preferably a direct reasonable rate such as basic Uber/Lyft, however the Court is aware that many CJA clients are unable to access Uber or Lyft applications. Reimbursed ground transportation is ordinarily limited to attendance at Court, meetings with CJA defense counsel, any essential medical care, and ground transportation required for the defendant's return home.

Meals - $55/full day; $30 if travel is finished by 2:00 p.m. or earlier.