Kevin P. Rooney, Of Counsel, #107554
**HAMMERSCHMIDT LAW CORPORATION**
2445 Capitol Street, Suite 215
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, ANTHONY OCHOA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ANTHONY OCHOA,<br><br>　　　　Defendant | Case No.: 1:24-cr-00055-JLT-SKO-9<br><br>**REQUEST FOR RULE 43 WAIVER OF PERSONAL APPEARANCE** |

　　　　Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, ANTHONY OCHOA, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, Kevin P. Rooney, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times.

///

///

///

Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

Dated: July 10, 2024

ANTHONY OCHOA
Defendant

Dated: July 10, 2024

/s/ Kevin Rooney
KEVIN P. ROONEY
Attorney for Defendant,
ANTHONY OCHOA

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendant's appearance may be waived at any and all non-substantive proceedings as authorized by Fed. R. Crim. P. 43 until further order of the Court.

Dated: 7/15/2024

HON. Sheila K. Oberto
United States Magistrate Judge
Eastern District of California