**Monica L. Bermudez**
Attorney at Law, SBN 275434
1304 "L" Street
Bakersfield, CA 93301
Tel.: (661) 616-2141
Fax: (661) 322-7675

Attorney for:
DANIEL ALVARADO

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL ALVARADO,<br><br>Defendants. | Case No. 1:24-CR-00055-JLT-SKO<br><br>**STIPULATION AND ORDER TO MODIFY DEFENDANT ALVARADO' CONDITION OF RELEASE 7(l)** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE SHEILA K. OBERTO AND ANTONIO PATACA, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, DANIEL ALVARADO, by and through his attorney of record, MONICA L. BERMUDEZ, and at the request of Pretrial Services, hereby moves that the court modify Mr. Alvarado's condition of release 7(l), which currently reads: **HOME DETENTION**: "You must remain inside the residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other essential activities pre-approved by the pretrial services officer. Essential activities include haircuts, DMV appointments, banking needs, or other activities that cannot be completed by another person on your behalf."  The parties stipulate the modification to read as follows: **CURFEW:** "You must remain inside your residence every day from 8:00 p.m. to

5:00 a.m., or as adjusted by pretrial services officer for medical, religious services, employment or court-ordered obligations."

      Mr. Alvarado has been under Pretrial Services supervision for approximately five months without incident. The parties stipulate that Mr. Alvarado location monitoring condition be modified, and that all remaining conditions of his release should remain in effect. AUSA Antonio Pataca and Pretrial Services Officer Lorena Gallagher are aware of the request and have no objection.

**IT IS SO STIPULATED.**

DATED: January 13, 2025

Respectfully Submitted,
*/s/ Monica L. Bermudez*
MONICA L. BERMUDEZ
Attorney for Defendant
Daniel Alvarado

DATED: January 13, 2025

*/s/ Antonio Pataca*
ANTONIO PATACA
Assistant U.S. Attorney

# ORDER

**IT IS HEREBY ORDERED** that Daniel Alvarado's location monitoring condition be modified. Mr. Alvarado must abide by all remaining conditions of his release.

Date: 1/15/2025

*Sheila K. Oberto*
United States Magistrate Judge

2