Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, ANTHONY OCHOA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:24 CR 55 JLT/SKO |
| Plaintiff, | Stipulation and Order to Continue Arraignment On Second Superseding Indictment |
| vs. | |
| ANTHONY OCHOA, | |
| Defendant. | |

The parties to this matter, by and through their respective counsel, hereby stipulate as follows:

1. A Second Superseding Indictment in this case was returned on August 1, 2024. That indictment did not make any substantive changes in the counts alleged against Mr. Ochoa nor did it impact Mr. Ochoa's potential sentence. The parties stipulate and agree that Mr. Ochoa's arraignment be postponed until February 10, 2025, at which time it is expected that a disposition will be entered in the case. Time is excluded in this case until the next scheduled Status Conference on May 7, 2025.

2. Mr. Ochoa is out of custody and resides in Southern California. Travel to the Eastern District of California is challenging for him to arrange and he has entered a Rule 43 waiver on file. He is in compliance with his PreTrial Release conditions.

1

3. Mr. Ochoa is currently ordered to appear before the Court on January 22. 2025 for arraignment.

4. On August 7, 2024, a status conference was held and Mr. Ochoa appeared through counsel only pursuant to his waiver. The government objected to the entry of a not guilty plea pursuant to the waiver. A status conference and arraignment was scheduled for January 15, 2025 despite counsel's advisement to the Court that he would not be able to appear on that date due to a previously scheduled multi-party hearing in another location. Given the number of parties involved in this case, the Court advised counsel to make arrangements to have other counsel cover the January 15, 2025, appearance in this Court.

5. Before the January 15, 2025, conference in this case, defense counsel discussed the situation with the assigned AUSA and advised that other counsel would make a Special Appearance on defense counsel's behalf and that Mr. Ochoa would not personally appear.

6. Defense counsel has communicated with assigned District Judge Thurston's chambers and Judge Thurston's February 10, 2025, calendar will accommodate a change of plea.

Dated: January 16, 2025    MICHELE BECKWITH, ACTING U.S. ATTY

/s/ Antonio Pataca
ANTONIO PATACA
Assistant United States Attorney

Dated: January 16, 2025    Respectfully submitted,

/s/ Kevin Rooney
KEVIN P. ROONEY
Attorney for Defendant
Anthony Ochoa

ORDER

IT IS SO ORDERED, pursuant to the stipulation of the parties, that as to defendant Anthony Ochoa, arraignment on the Second Superseding Indictment in this case shall be continued until February 10, 2025, at 2:00 PM before the duty magistrate judge. Defendant Anthony Ochoa is Ordered to appear in person.

Dated: 1/17/2025

*Sheila K. Oberto*
Hon. Sheila K. Oberto
United States Magistrate Judge