Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 215
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 485-3852

Attorney for Defendant, ANTHONY OCHOA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:24-CR-55 JLT/SKO |
| Plaintiff, | Defendant Anthony Ochoa's Request And [Proposed] Order For Funds For Travel, Lodging, And Subsistence Pursuant To 18 U.S.C. § 4285 And The Criminal Justice Act 18 U.S.C. §3006A |
| vs. | |
| ANTHONY OCHOA, | |
| Defendant. | Travel February 10, 2025 |

1. <u>Introduction and Summary of Argument</u>

Mr. Ochoa is scheduled for change of plea on February 10, 2025. Mr. Ochoa is a long term

Southern California resident. Mr. Ochoa is indigent and requests funds to allow him to travel to

Court.

2. <u>Due Process Requires The Provision Of The Requested Funds</u>

There is unambiguous statutory authority for this Court direct the United States Marshal to

furnish Mr. Ochoa with the cost of travel so he can attend court in Fresno on February 10, 2025.

*See,* 18 U.S.C. § 4285.  Pursuant to that statute, Mr. Ochoa requests the United States Marshal

provide him with mileage and subsistence expenses during his travel period not to exceed the

1    amount authorized as per diem allowance for travel under 5 U.S.C. § 5702(a).

2
3    Several cases have held that § 4285 does not obligate the Marshalls Service to pay an
4    indigent defendant's subsistence expenses – food and lodging -  once the defendant arrives and
5    can attend Court. Similarly, expenses to return home after a Court appearance are not covered by
6    that statute. With regard to travel, lodging, and subsistence funding as a due process right for an
7    indigent defendant, several cases have held that a defendant has the right to attend his court
8    proceedings and cannot be forced to choose between surrendering himself into custody or to go
9    without food and lodging while attending court. *See, United States v. Badalamenti,* 1986 WL
10   8309 (S.D.N.Y. Jul. 22, 1986).  In *United States v. Mendoza,* 734 F.Supp.2d 281, 286-87,
11   (E.D.N.Y. 2010), the Court found that the Criminal Justice Act, 18 U.S.C. §3006A,  provided the
12   appropriate funding mechanism for a defendant's lodging and subsistence expenses while he is
13   away from home for court proceedings and for the cost of return travel and subsistence.
14
15   Based on those precedents, Mr. Ochoa requests funding for his travel and subsistence as
16   follows:
17

18       (1) From funds authorized under 18 U.S.C. § 4285, for the defendant's travel from his
19           Southern California to Fresno, California, for his Court appearance on February 10,
20           2025;
21
22       (2) From funds authorized under the Criminal Justice Act, 18 U.S.C. §3006A,  for the
23           defendant's travel home from his Court appearance on February 10, 2025 including
24           subsistence expenses and mileage.;

Mr. Ochoa lives in Santa Ana, California and has extremely limited funds, and does not have a
25
26   means of transportation, or a valid driver's license. Mr. Ochoa will have a friend drive him to
27   court on February 10.

Counsel is informed and believes this Court is inclined to order travel and subsistence funding as referenced in (1) and (2) above and to further authorize undersigned counsel to advance those expenses with reimbursement to counsel from Criminal Justice Act (CJA) funds ordered by the Court.

Counsel will provide defendant Anthony Ochoa with a copy of the travel funds document which is attached to the proposed order and advise Anthony Ochoa of Anthony Ochoa' potential liability for excess expenses. Counsel will seek reimbursement from CJA funds promptly once the authorized travel is completed.

Dated:  February 6, 2025                                    Respectfully submitted,

                                                                 /s Kevin Rooney
                                                                 KEVIN P. ROONEY
                                                                 Attorney for Defendant
                                                                 ANTHONY OCHOA

# **O R D E R**

Pursuant to 18 U.S.C. § 4285, the Court orders the United States Marshall's office to disburse funds to reimburse Anthony Ochoa for mileage and subsistence for the defendant's travel from his Santa Ana, California residence to Fresno, California, for his Court appearance on February 10, 2024 .

Pursuant to 18 U.S.C. § 3006A, the Court orders the disbursement of  Criminal Justice Act (CJA) funds to furnish Anthony Ochoa with travel expenses, food, and incidental expenses on February 10, 2024 in connection with Mr. Ochoa's return to Southern California. It is further ordered that to the extent practicable, the travel and subsistence expenses shall not exceed the

parameters set out in the attached Travel Funding Memorandum and the per diem allowance for travel under 5 U.S.C. § 5702(a).

It is further ordered that undersigned counsel may advance the travel and subsistence funds to be disbursed from CJA funds and that the Court orders that counsel be reimbursed from CJA funds. Counsel shall seek any reimbursement from CJA funds promptly once the authorized travel is completed. Counsel shall endeavor to limit the expenses to the parameters set out in the attached Travel Funding Memorandum, however counsel is not personally liable for excess expenses and shall be reimbursed from CJA funds for all expenses reasonably authorized.


IT IS SO ORDERED.


Dated: February 7, 2025

Hon. Jennifer L. Thurston
United States District Judge