MICHELE BECKWITH
Acting United States Attorney
ANTONIO J. PATACA
JUSTIN GILIO
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00055-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| ANTHONY OCHOA, | |
| Defendant. | |

**STIPULATION**

1. By previous order, this matter was set for arraignment on the second superseding indictment on February 10, 2025, and for a status conference on May 7, 2025.

2. By this stipulation, defendant now moves to vacate the arraignment and status conference as to him only and set an arraignment and change of plea hearing on February 10, 2025. Time has already been excluded through May 7, 2025.

3. The signed plea agreement will be filed on February 6, 2025.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

1

Dated:  February 6, 2025                    MICHELE BECKWITH
                                            Acting United States Attorney

                                            /s/ ANTONIO J. PATACA
                                            ANTONIO J. PATACA
                                            Assistant United States Attorney


Dated:  February 6, 2025                    /s/ KEVIN ROONEY
                                            KEVIN ROONEY
                                            Counsel for Defendant
                                            ANTHONY OCHOA


**ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:   **February 7, 2025**                _____
                                             UNITED STATES DISTRICT JUDGE

2